# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KATIE GHERTNER,** | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION NO.: 1:19-CV-02295 |
| **v.** | : |
| | : |
| **CORPORATE ENVIRONMENTS** | : |
| **OF GEORGIA, INC.,** | : |
| | : |
| **Defendant.** | : |
| | : |

## DEFENDANT CORPORATE ENVIRONMENTS STATEMENT OF MATERIAL FACTS AS TO WHICH GENUINE ISSUES EXIST FOR TRIAL

COMES NOW, CORPORATE ENVIRONMENTS OF GEORGIA, INC. (hereinafter "Corporate Environments") Defendant in the above-styled action, and shows the Court that genuine issues exist for trial as to the following material facts so as to preclude the granting of Plaintiff's motion:

1. Whether the Project Designer position was an equivalent position to the A&D position;

2. Whether the Project Designer position compensation was equivalent to the A&D position;

3. Whether the Project Designer position benefits was equivalent to the A&D position;

4. Whether the Project Designer position status and privileges was equivalent to the A&D position;

5. Whether the Project Designer position status and privileges was equivalent to the A&D position;

6. Whether the Project Designer position involved substantially similar duties.

This 10th day of March, 2020.

                                                Respectfully submitted,

                                                *s/ Alexandra Bowen Higgins*
                                                ALEXANDRA BOWEN HIGGINS
                                                Georgia State Bar No. 071105
                                                Attorneys for the Defendant

3740 Davinci Court
Suite 440
Peachtree Corners, GA 30092
(770) 381-6175
alexandra_bowen@staffdefense.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **KATIE GHERTNER,** | : |
| | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION NO.: 1:19-CV-02295** |
| v. | : |
| | : |
| **CORPORATE ENVIRONMENTS** | : |
| **OF GEORGIA, INC.,** | : |
| | : |
| **Defendant.** | : |
| | : |

## CERTIFICATE OF SERVICE

This is to certify that on March 10, 2020, I served all counsel of record in the foregoing matter with a copy of **DEFENDANT CORPORATE ENVIRONMENTS OF GEORGIA, INC.'S STATEMENT OF MATERIAL FACTS AS TO WHICH GENUINE ISSUES EXIST FOR TRIAL**

via electronic mail as follows:

**COUNSEL FOR PLAINTIFF**
Andrew L. Weiner
WEINER & SAND, LLC
3525 Piedmont Road
7 Piedmont Center 3rd Floor
Atlanta, Georgia 30305
aw@atlantaemployeelawyer.com

This 10th day of March, 2020.

                          Respectfully submitted,

               By:   *s/Alexandra Bowen Higgins*
                        ALEXANDRA BOWEN HIGGINS
                        Georgia State Bar No. 071105
                        Attorney for the Defendant

3740 Davinci Court
Suite 440
Peachtree Corners, GA 30092
(770) 381-6175
alexandra_bowen@staffdefense.com